IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE SMARTALK TELESERVICES, INC.,
SECURITIES LITIGATION

This document relates to:
USDC Northern District of Texas Case
No. 3:00-CV-2671-M (Liquidating Trustee)

Case No. 2:00-MD-1315
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

### ORDER

Pursuant to Rule 7.6(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, this Court hereby gives notice to the MDL Panel of suggestion of remand of the above-entitled action to the transferor district court. This Court has concluded the consolidated pretrial proceedings referred to it pursuant to 28 U.S.C. § 1407.

The Clerk of this Court is **DIRECTED** to close this action as well as any related actions that were transferred to this court by the MDL Panel.

**IT IS SO ORDERED.**

5-21-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE